# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC ) | |
| ) | |
| Plaintiff, ) | CASE NO. 1:16-cv-10752 |
| ) | |
| v. ) | JURY TRIAL DEMANDED |
| ) | |
| JOHNSON & JOHNSON ) | |
| CONSUMER INC. d/b/a TYLENOL ) | Honorable Joan H. Lefkow |
| ) | |
| Defendant. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Under Federal Rule of Civil Procedure 41 (a), Plaintiff Symbology Innovations LLC ("SI"), moves to dismiss all claims by and between the parties WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: May 25, 2017

By: **/s/ Frank Andreou**
Frank Andreou (6228760)
Andreou & Casson, Ltd.
661 West Lake Street
Suite 2 North
Chicago, Illinois 60661-1034
Tel (312) 935-2000
Fax (312) 935-2001

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: etorres@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF
SYMBOLOGY INNOVATIONS LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing documents has been served on May 25th, 2017, to all counsel of records who deemed to have consented to electronic service via the Court's CM/EFF system per Local Rule LR 5.5(b).

/s/ Frank Andreou
Frank Andreou